## Commonwealth *v.* Dean, Appellant.

Argued March 16, 1964. *Newton C. Taylor,* with him *Taylor & Taylor,* for appellant; *Warren R. Yocum, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment affirmed.

## Juniata Terrace Borough Incorporation Case.

Argued March 16, 1964. *David McNitt Barron,* with him *Harold W. Houck,* and *Houck & Barron,* for appellant; *Robert Siegel,* with him *Siegel and Siegel,* for appellees.

Decree affirmed.

## Katz Unemployment Compensation Case.

Argued March 18, 1964. *Agnes G. Katz,* appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.